IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALBERTO SANCHEZ,<br>　　　　PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | CAUSE NO. 1:22-CV-00355-LY |
| JAGUAR LAND ROVER<br>NORTH AMERICA, LLC,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§ | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On October 9, 2022, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #15). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __12th__ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE